**Dated: March 11, 2014**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**
_____

| | |
|---|---|
| **In re:   ARROW ALUMINUM INDUSTRIES, INC.,** | **Case No. 13-21470-JDL** |
| **Debtor.** | **Chapter 11** |

_____

**CONSENT ORDER GRANTING UNITED STATES TRUSTEE'S**
**MOTION TO DISMISS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)**
_____

This matter came before the Court on February 19, 2014 upon the Motion to Dismiss pursuant to 11 U.S.C. § 1112(b) ("Motion") filed by the United States Trustee; upon statements of counsel for the United States Trustee there being no objections; and upon the entire record herein

It appears to the Court that based on a totality of the circumstances, the Court finds that good grounds exist for dismissal of the case and that the motion should be granted.

IT IS THEREFORE ORDERED as follows:

1. The instant Chapter 11 case shall be and is hereby dismissed.

2. Within 14 days from the entry of this Order, the Debtor shall file any outstanding Monthly Operating Reports and pay any outstanding Quarterly Fees accrued pursuant to 28 U.S.C. 1930(a)(6), which are currently estimated to be $975.00 ($650.00 for the Fourth Quarter, 2013 and $325.00 for the First Quarter, 2014).

Approved for entry:

/s/ Madalyn Scott Greenwood (#12241)
Assistant U.S. Trustee
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
901-544-3667
E-mail: madalyn.s.greenwood@usdoj.gov

/s/ Steven N. Douglass, Esq. (#009770)
Attorney for Debtor
Harris Shelton Hanover Walsh PLLC
2700 One Commerce Square
Memphis, TN 38103-2555
(901) 525-1455
E-mail: snd@harrisshelton.com and sdouglass@harrisshelton.com

Please serve the following:

Debtor
Debtor's Attorneys
All Parties on the Matrix